UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRAMAIN ANDREW,

                 Plaintiff,

  -against-

BELLEVUE HOSPITAL, THE CITY OF NEW YORK, CORIZON HEALTH I.N.C., MANHATTAN DETENTION CENTER (M.D.C.), NORTH INFIRMARY COMAND @ RIKERS (N.I.C.), C-73 @ RIKERS, C-71 @ RIKERS, C-95 @ RIKERS, JEAN GRANDOIT, PA @ M.D.C., JOSEPH MCCREADY, PA @ MDC, IRA GORNISH, PA MDC, LATUNJI MICHAEL, MD @ C-72 RIKERS, FERDOUSI BEGUM, MD @ C-73 RIKERS, LYNN DEVIVO, PA @ C-73 RIKERS, JORGE VILLALOBOS, PA @ C-73 RIKERS, FRANTZ MEDARD, MD @ C-73 RIKERS, SKIKDER TAHMINA, MD @ NIC RIKERS, MEDARD FRANTZ, MD @ C-95 RIKERS, DEBRA JOSEPHSON, PA @ MDC, VANESSA JONES, PA @ C-73 RIKERS, DR. JHON HULL @ C-95 RIKERS, EUGENE BURKE, MD @ C-71 RIKERS, MAHADIN YOUSEF, MD @ C-71 RIKERS, CHUKWUDI-OZO-ONYALIND @ C-71 RIKERS, FROILAN SUAREZ, R-PAC MENTAL HEALTH @ C-71 RIKERS, STUNIS MACHANICA, MENTAL HEALTH @ C-71 RIKERS, KRISTINA RODRIGUEZ, LMSW MENTAL HEALTH @ C-71 RIKERS, JOSEPH BRUNO, MENTAL HEALTH @C-71 RIKERS, JIMMIE DIFRAZIER, LMHC @ C-71 RIKERS, JOHN DOE DR @ BELLEVUE HOSPITAL 19 FLOOR, and AJAYAN PADMANABHAPILLAI - MENTAL HEALTH C-95 @ RIKERS,
,

                 Defendant.
------------------------------------------------------------------X

13-CV-8531

**<u>NOTICE OF APPEARANCE</u>**

      PLEASE TAKE NOTICE, that the undersigned hereby appears as trial counsel for defendants IRA GORNISH, P.A., FERDOUSI BEGUM, M.D., JORGE VILLALOBOS, FRANTZ MEDARD, M.D., TAHMINA SIKDER, MD, CARLOTA JOHN-HULL, M.D., YOUSEF MAHADIN, M.D., FROLIAN SUAREZ, STUNIS MACHANICAL, JOSEPH BRUNO, JIMMIE D. FRAZIER, DEBRA JOSEPHSON, AJAYAN PADMANABHAPILLAI,

1492157.1

CHUKWUDI OZO-ONYALL, M.D., in this matter, and hereby requests that copies of all papers, pleadings, and notices be served upon his at the address set forth below. The undersigned attorney hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York
March 16, 2016

                                              Respectfully Submitted,

By: _____
DOREEN DUFFICY (9379)
HEIDELL, PITTONI, MURPHY & BACH, LLP
*Attorneys for Defendants*
IRA GORNISH, P.A., FERDOUSI BEGUM, M.D.,
JORGE VILLALOBOS, FRANTZ MEDARD, M.D.,
TAHMINA SIKDER, MD, CARLOTA JOHN-
HULL, M.D., YOUSEF MAHADIN, M.D.,
FROLIAN SUAREZ, STUNIS MACHANICAL,
JOSEPH BRUNO, JIMMIE D. FRAZIER, DEBRA
JOSEPHSON, AJAYAN PADMANABHAPILLAI,
CHUKWUDI OZO-ONYALL, M.D.
99 Park Avenue
New York, New York 10016
Tel: (212) 286-8585; Fax: (212) 490-8966
E-Mail: ddufficy@hpmb.com

TO: **By Certified Mail and Regular Mail**
Tramain Andrew
1274 Pacific Street, Apt 12
Brooklyn, New York 11216

1492157.1